## COLLMAN V. THE STATE.
(Decided April 17, 1913.)

APPEAL from Dallas Circuit Court.

Heard before Hon. B. M. MILLER.

A. D. PITTS, and REESE & REESE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—There is no error. Affirmed.

## COLLMAN V. THE STATE.
(Decided April 23, 1913.)

APPEAL from Dallas Circuit Court.

Heard before Hon. B. M. MILLER.

A. D. PITTS, and REESE & REESE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Affirmed.

## COLLMAN V. THE STATE.
(Decided April 23, 1913.)

APPEAL from Dallas Circuit Court.

Heard before Hon. B. M. MILLER.

A. D. PITTS, and REESE & REESE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—Affirmed.

## COLLMAN V. THE STATE.
(Decided April 17, 1913.)

APPEAL from Dallas Circuit Court.

Heard before Hon. B. M. MILLER.

A. D. PITTS, and REESE & REESE, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—Affirmed.